## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4829 | **DATE** | 9/4/2007 |
| **CASE TITLE** | Donita Jackson, et al. Vs. Parks-Johnson, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/4/2007.  The United States' motion to dismiss [3] is granted.  The Court hereby dismisses this lawsuit without prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|